# United States District Court
## Violation Notice (Rev. 1/2019)

LM21065380 / 175

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MT | 9775902 | JOHNSON | 519 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 12/09/21 1300 | 43-2920.2-2 e |

**Place of Offense:** BIRCH CAMP - ADMINISTRATIVE SITE

**Offense Description; Factual Basis for Charge** HAZMAT ☐
UNAUTHORIZED USE/OCCUPANCY WITHOUT AUTHORIZATION

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| MORGAN | ZACHARY | M |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|

**A ☐ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☒ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 200 Forfeiture Amount
+ $30 Processing Fee
$ 230 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | |
| | Time 730 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]
Original - CVB Copy

*9775902*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

ATTACHED

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/10/21
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident